**Kevin J. Funk, Esq.**
**DURRETTECRUMP**
Bank of America Building,
1111 East Main Street, 16th Floor,
Richmond, VA 23219
Phone: 804.343.4387
Fax: 804.775.6911
kfunk@durrettecrump.com

Roland Gary Jones (RGJ-6902)
**JONES & ASSOCIATES**
1745 Broadway, 17th Floor
New York, NY 10019
Tel: (347) 862-9254
Fax: (212) 202-4416
Email: rgj@rolandjones.com

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## (RICHMOND DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| HEALTH DIAGNOSTIC LABORATORY, INC, *et al*., | Case No. 15-32919 (KRH) |
| Debtors, | JOINTLY ADMINISTERED |
| RICHARD ARROWSMITH, AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Pro. No. 17-03169 |
| vs. | |
| VERSAILLES FAMILY MEDICINE, PLLC, | |
| And | |
| BRIAN A. SMITH, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF VERSAILLES FAMILY MEDICINE, PLLC AND BRIAN A. SMITH'S ANSWER (DOCKET #5) AND AMENDED ANSWER AND AFFIRMATIVE DEFENSES (DOCKET #8)**

1

  Notice is hereby given that the Answer to Complaint dated April 24, 2017 (A.P. Docket #5) filed by Defendants Versailles Family Medicine, PLLC and Brian A. Smith (the "Defendants") and the Amended Answer and Affirmative Defenses dated May 12, 2017 (A.P. Docket #8) are hereby withdrawn without prejudice.

  Counsel for the plaintiff, Richard Arrowsmith, has consented to a 30-day extension for the Defendants to file an answer by and through undersigned counsel Kevin J. Funk.

Dated: May 17, 2017

                   Respectfully submitted,

                   */s/ Kevin J. Funk*_____
                   Counsel

Kevin J. Funk (VSB No. 65465)
**DURRETTECRUMP**
Bank of America Building,
1111 East Main Street, 16th Floor,
Richmond, VA 23219
Phone: 804.343.4387
Fax: 804.775.6911
kfunk@durrettecrump.com

and

Roland Gary Jones, Esq.
**JONES & ASSOCIATES**
1745 Broadway, 17th Floor
New York, NY 10019
Tel: (347) 862-9254
Fax: (212) 202-4416
Email: rgj@rolandjones.com

## CERTIFICATE OF SERVICE

   I hereby certify that on May 17th 2017, a copy of the Defendants' *NOTICE OF WITHDRAWAL OF VERSAILLES FAMILY MEDICINE, PLLC AND BRIAN A. SMITH'S ANSWER (DOCKET #5) AND AMENDED ANSWER AND AFFIRMATIVE DEFENSES (DOCKET #8)*, was served via the Court's CM/ECF system and via email upon the following:

**Cullen Drescher Speckhart**
Wolcott Rivers Gates
919 E. Main Street
Suite 1040
Richmond, VA 23219
(757) 497-6633
Email: cspeckhart@wolriv.com

               */s/ Kevin J. Funk*_____